C. P. Balt, appellant, v. Frank R. Hartman, appellee. Gen. No. 39,374.

Judgment entered September 14, 1936, reversed, leaving judgment entered July 11, 1936, in full force and effect. Opinion filed November 16, 1937. Rehearing denied December 12, 1937.

Miles J. Fitzpatrick, for appellant. Edward C. Higgins, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Mike Callos and George Boznos, appellants, v. Public Taxi Service, Inc. and William Sumberg, appellees. Gen. No. 39,427.

Judgment order of November 7, 1936, reversed in part, and the two cases consolidated for trial in superior court of Cook county, remanded for a new trial. Opinion filed November 16, 1937.

Charles R. Aiken, for appellants. DeWitt Cleland and Vetter & Jacobs, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Melrose Park Wrecking Company, appellee, v. Patrick Warren Construction Company, appellant. Gen. No. 39,471.

Opinion filed November 16, 1937. Stanton & Stanton, for appellant; Bailey Stanton, S. J. Stanton and Wm. McKinley Gleeson, of counsel. Rosenbaum & Rosenbaum, for appellee; Mandel Mendelson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Catherine Bilhorn, appellant, v. Guy A. Richardson et al., appellees. Gen. No. 39,509.

Opinion filed November 16, 1937. Rehearing denied December 12, 1937.

Irving G. Zazove, for appellant. Frank L. Kriete, C. C. Cunningham and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.